AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| JASON SMITH, and JONATHAN SANTANA, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-23213-CMA |
| FALCO PICTURES, LLC, and ARTISTS EQUITY, LLC, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ARTISTS EQUITY, LLC
Dillon West
Register Agent
9200 West Sunset Blvd
Suite 700
West Hollywood, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ignacio Alvarez, Esq.
ALGO Law Firm
815 Ponce De Leon BLVD
Suite 101
Coral Gables, Florida 33134
imalvarez@algofirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Date:          05/07/2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| JASON SMITH, and JONATHAN SANTANA, <br><br> *Plaintiff(s)* <br> v. <br><br> FALCO PICTURES, LLC, and ARTISTS EQUITY, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:26-cv-23213-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FALCO PICTURES, LLC
Congency Global Inc. - Registered Agent
850 New Burton Road
Suite 201
Dover, Delaware 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ignacio Alvarez, Esq.
ALGO Law Firm
815 Ponce De Leon BLVD
Suite 101
Coral Gables, Florida 33134
imalvarez@algofirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  05/07/2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court