**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JASON SMITH, and JONATHAN SANTANA,

      Plaintiffs,

v.                                                    Case No. 26-23213-CIV-ALTONAGA/Reid

FALCO PICTURES, LLC, and ARTISTS
EQUITY, LLC,

      Defendants.

_____/

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO AMEND THE COMPLAINT**
**TO ADDRESS THE CITIZENSHIP OF THE MEMBERS OF DEFENDANTS**

Plaintiffs, Jason Smith and Jonathan Santana, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, hereby files this unopposed Motion for Extension of Time to Respond to this Court's Order to amend the Complaint to address the citizenship of the owners of Defendants, and states:

1. Plaintiffs filed their Complaint on May 6, 2026.  [DE-1].

2. On May 8, 2026, this Court ordered Plaintiffs to amend their Complaint to properly allege the citizenship of the owners of Defendants and file an amended complaint on May 12, 2026. [DE-8].

3. The undersigned requires a brief extension of time equaling 4 days to file its response, by no later than May 15, 2026.

4. The undersigned contacted Defendants' counsel, Elizabeth Seidlin-Bernstein, via email on May 8 and 9, 2026.

5. Counsel for Defendants agreed to waive service on behalf of Defendants. Both Parties also discussed eliminating as a party Artists Equity, LLC, as no entity by that name exists and Falco Pictures, LLC is the proper party.

6. Counsel for Defendants also agreed to provide the information of the members of Falco Pictures, LLC, so Plaintiffs can address the Court's jurisdictional questions for the remaining Defendant.

7. Lastly, the Parties have conferred, and Defendants agree to Plaintiffs submission of this motion and the relief requested.

8. Therefore, the undersigned counsel requests this Honorable Court to enter an order permitting an amended complaint to be filed on or before Friday, May 15, 2026.

WHEREFORE, based upon the foregoing, Plaintiff requests this Honorable Court enter an Order granting the requested Motion to file the Amended Complaint by May 15, 2026, or any other relief the Court deems appropriate.

Respectfully submitted this 11th day of May 2026.

/s/ Ignacio M Alvarez
Ignacio M. Alvarez (Florida Bar No. 40572)
E-mail Address: imalvarez@algofirm.com
Gavin Sinclair (Florida Bar No. 1058321)
E-mail Address: gsinclair@algofirm.com
ALGO Law Firm, LLP
815 Ponce De Leon Blvd
Suite 101
Coral Gables, Florida 33134
T. 305-723-1876

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically

Notices of Electronic Filing.

Elizabeth Seidlin-Bernstein
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Email: SeidlinE@ballardspahr.com

*/s/Ignacio M Alvarez*
Ignacio M. Alvarez