UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-23213-CIV-ALTONAGA/Reid

JASON SMITH, *et al.*,

      Plaintiffs,

v.

FALCO PICTURES, LLC, *et al.*,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. To better manage the orderly progress of the case, it is

**ORDERED** that once Defendants have been served with Plaintiffs' amended complaint, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. Plaintiffs shall serve Defendants with copies of this Order and file proofs of service by May 20, 2026.

**DONE AND ORDERED** in Miami, Florida, this 13th day of May, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**