**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JASON SMITH, and JONATHAN SANTANA,

      Plaintiffs,

v.                                                                                  Case No. 26-23213-CIV-ALTONAGA/Reid

FALCO PICTURES, LLC, and ARTISTS
EQUITY, LLC,

      Defendants.

_____/

## <u>PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

Plaintiffs, Jason Smith and Jonathan Santana, through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, files their dismissal in the above-captioned action, without prejudice, and states:

1.      Plaintiffs filed their Complaint on May 6, 2026.  [DE-1].

2.      On May 8, 2026, this Court ordered Plaintiffs to amend their Complaint to properly allege the citizenship of the owners of Defendants and file an amended complaint on May 12, 2026. [DE-8].

3.      On May 11, 2026, Plaintiffs filed a Motion for Extension of Time to Amend the Complaint to Address the Citizenship of the Members of Defendants. [D.E. 9]. This Motion was granted by the Court om May 13, 2026. [D.E. 10].

4.      It has been determined that a limited partner of a company within the ownership structure of Defendant Falco Pictures lives in Florida.

5.      Therefore, Plaintiffs are filing this notice of dismissal without prejudice which will not cause legal prejudice to the Defendants and allow for Plaintiffs to file their lawsuit in the appropriate jurisdiction.

6.      The Parties also agreed to remove Artists Equity, LLC, as a party, as no entity by that name exists and Falco Pictures, LLC is the proper party.

7.      Counsel for Defendants has no objection to this Notice of Dismissal.

Respectfully submitted this 15th day of May 2026.

/s/ Ignacio M Alvarez
Ignacio M. Alvarez (Florida Bar No. 40572)
E-mail Address: imalvarez@algofirm.com
Gavin Sinclair (Florida Bar No. 1058321)
E-mail Address: gsinclair@algofirm.com
ALGO Law Firm, LLP
815 Ponce De Leon Blvd
Suite 101
Coral Gables, Florida 33134
T. 305-723-1876

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Elizabeth Seidlin-Bernstein
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Email: SeidlinE@ballardspahr.com

/s/Ignacio M Alvarez
Ignacio M. Alvarez